**EXHIBIT A**

**Defendant:** New HoldCo
**Creditor ID:** NH012
**Bankruptcy Case:** *In re Franchise Group, Inc., et al., Case No. 24-12480 (LSS) (Bankr. D. Del.)*
**Preference Period:** August 5, 2024 - November 3, 2024

| Debtor | Customer Check/Pmt# | Amount of Invoice Paid | Payment Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|
| New HoldCo | | $950,553.00 | 10/23/2024 | 9999 | 10/21/2024 | $950,553.00 |
| | | $2,696.00 | 10/31/2024 | 245571 | 10/24/2024 | $2,696.00 |
| | | $2,050,000.00 | 10/31/2024 | 9998 | 10/30/2024 | $2,050,000.00 |
| | | $32,369.00 | 10/30/2024 | 244391 | 10/30/2024 | $32,369.00 |
| **Total Transfers** | **4** | **$3,035,618.00** | | | | **$3,035,618.00** |